Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____ Chapter  11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Blue Earth, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FDBA  **Genesis Fluid Solutions Holdings, Inc.**<br>FDBA  **Cherry Tankers, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **98-0531496** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **235 Pine Street**<br>**Suite 1100**<br>**San Francisco, CA 94104**<br>Number, Street, City, State & ZIP Code | <br><br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☐ ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor    **Blue Earth Tech, Inc.**      Relationship to you    **Affiliate**

District    **Northern District of California, San Francisco Division**    When _____ Case number, if known _____

Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 2 of 60

Debtor    **Blue Earth, Inc.**                                    Case number *(if known)* _____
          Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.   Insurance agency  _____
              Contact name      _____
              Phone             _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 3 of 60

| | Request for Relief, Declaration, and Signature |
|---|---|

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03 / 21 / 2016
          MM / DD / YYYY

X _____        **G. Robert Powell**
    Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

X _____        Date   03 / 21 / 2016
    Signature of attorney for debtor                MM / DD / YYYY

**Debra I. Grassgreen CA Bar No.**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**150 California Street**
**San Francisco, CA 94111-4500**
Number, Street, City, State & ZIP Code

Contact phone   **415-263-7000**       Email address _____

**169978**
Bar number and State

Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 4 of 60

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Northern District of California

In re   **Blue Earth, Inc.**                  Case No. _____

                        Debtor(s)          Chapter    **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **09548108**   .

2. The following financial data is the latest available information and refers to the debtor's condition on    **12/31/14**    .

   a. Total assets                            $            **98,947,565.00**

   b. Total debts (including debts listed in 2.c., below)     $         **87,768,624.00**

   c. Debt securities held by more than 500 holders:

| | | | | | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock                **0**               **0**

   e. Number of shares common stock           **112,017,235**

   Comments, if any:
   **N/A**

3. Brief description of Debtor's business:
   **A comprehensive provider of alternative/renewable energy solutions for small and medium-sized commercial and industrial facilities.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Jackson Investment Group, LLC and David Lies.**

# SECRETARY'S CERTIFICATE

## OF

## BLUE EARTH, INC.

March 21, 2016

The undersigned hereby certifies that he is the duly elected and incumbent Secretary of Blue Earth, Inc., a Nevada corporation (the "**Company**") and in such capacity certifies that (a) attached hereto is a true, complete and correct copy of the resolutions adopted by the board of directors of the Company on March 21, 2016 and (b) such resolutions have not been amended, modified or rescinded and remain in full force and effect as of the date hereof.

**IN WITNESS WHEREOF**, the undersigned has executed this Secretary's Certificate to be effective as of the date first set forth above.

Name:  
Title:   Secretary

**SIGNATURE PAGE TO SECRETARY'S CERTIFICATE OF BLUE EARTH, INC.**

DOCS_SF:90057.1 09999/001

## EXHIBIT A

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## BLUE EARTH, INC.

WHEREAS, the Board of Directors (the "**Board**") of Blue Earth, Inc. (the "**Company**"), a Nevada corporation, acting pursuant to the laws of the State of Nevada, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's business, and the current and long-term liabilities of the Company;

WHEREAS, the Board has, over the last several months, reviewed the materials presented by the management of and the advisors to the Company regarding the possible need to restructure the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, employees, preferred and common stockholders, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy petition, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain EOS Capital Advisors LLC and Ice Glen Associates, LLC to represent and assist the Company in handling valuation of its assets in connection with a restructuring or the marketing and sale of its assets in the chapter 11 case, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy

Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 7 of 60

petition, and to cause to be filed an appropriate application for authority to retain the services of EOS Capital Advisors LLC and Ice Glen Associates, LLC;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the bankruptcy petition and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to postpetition financing, a sale of the Company's assets, the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**Fill in this information to identify the case:**

Debtor name  Blue Earth, Inc.

United States Bankruptcy Court for the:  Northern District of  California
                                                 (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases:  Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | D. Jason Davis Joseph Patalano c/o Romero Park P.S. H. Troy Romero & Christopher Powell 155-108th Avenue N.E. Ste 202 Bellevue, WA 98004 | Romero Park P.S. H. Troy Romero & Christopher Powell 155-108th Avenue N.E. Ste 202 Bellevue, WA 98004 Tel:  858-592-0065 Email: cpowell@romeropark.com Contact: Chris Powell | Judgment | Disputed | | | $1,604,312.71 |
| 2 | TCA Global Credit Master Fund, LP 9950 West Country Club Drive Aventura FL 33180 | TCA Global Credit Master Fund, LP 9950 West Country Club Drive Aventura FL 33180 Tel:  973-879-9878 Fax:  973-807-1813 Email: dsilverman@tcaglobalfund.com Contact: Donna Silverman | Line of Credit Payable (includes estimated $30K of accrued interest) | Contingent, Unliquidated | | | $1,225,583.87 |
| 3 | Davidoff Hutcher & Citron LLP 605 Third Avenue, 34th Floor New York, NY 10158 | Davidoff Hutcher & Citron LLP 605 Third Avenue, 34th Floor New York, NY 10158 Tel: 212-557-7200 Fax: 212-286-1884 Email:  ehl@dmlegal.com Contact: Elliot H. Lutzker | Trade claim | | | | $191,056.37 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | Morgan, Lewis & Bockius LLP Two Palo Alto Square, 3000 El Camino Real, Suite 700 Palo Alto, CA 94306 | Morgan, Lewis & Bockius LLP 1400 Page Mill Road Palo Alto, CA 94304 Tel: 650-843-4000 Fax: 650-843-4001 Email: James.chapman@bingham.com Contact: James C. Chapman | Legal | Disputed | | | $188,010.81 |
| 5 | Kenmont Capital Partners, LP 711 Louisiana Street, Suite 1750 Houston, TX 77002 | Kenmont Capital Partners, LP 711 Louisiana Street, Suite 1750 Houston, TX 77002 Tel: 713-337-3636 Fax: 713-223-0930 Email: dkendall@kenmontcap.com Contact: Donald Kendall | Office expenses in support of BE Capital operations | | | | $144,102.00 |
| 6 | Bushnell Law Group 1001 Bishop Street, Suite 2925 Honolulu, HI 96813 | Bushnell Law Group 1001 Bishop Street, Suite 2925 Honolulu, HI 96813 Tel: 808-585-6050 Fax: 808-585-6040 Email: Bbushnell@bushnelllawgroup.com Contact: Blake Bushnell | Trade claim | | | | $84,728.61 |
| 7 | Orrick, Herrington & Sutcliffe LLP Dept 34461 PO Box 39000 San Francisco, CA 94139 | Orrick, Herrington & Sutcliffe LLP The Orrick Building 405 Howard Street San Francisco, CA 94105-2669 Tel: 415-773-5700 Fax: 415-773-5759 Email: tglascock@orrick.com Contact: Thomas Glascock | Trade claim | | | | $79,858.70 |
| 8 | NASDAQ Stock Market LLC c/o Wells Fargo Bank, N.A. Lockbox 10200 PO Box 8500 Philadelphia, PA 19178-0200 | NASDAQ Stock Market LLC 9600 Blackwell Road Rockville, MD 20850 Phone: 800-955-3898 Fax: 301-978-4910 | Trade Claim | | | | $75,000.00 |

DOCS_SF:90077.2 09999/001
Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      page 2
Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 10 of 60

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  James S. Marinos 111 Elm Street, Suite 300 San Diego, CA 92101 | James S. Marinos Law Offices 111 Elm Street, Suite 300 San Diego, CA 92101 Tel: 619-236-1717 Fax: 619-236-9086 Email: marinoslaw@sbcglobal.net Contact: James Marinos | Trade claim | | | | $65,790.21 |
| 10  Hobbs & Towne, Inc. PMB 269 PO Box 987 Valley Forge, PA 19482 | Hobbs & Towne, Inc. 1288 Valley Forge Rd. #88 PMB 269 PO Box 987 Valley Forge, PA 19482 Tel: 610-783-4600 Fax: 610-783-4511 Email: RHobbs@hobbstowne.com Contact: Bobby Hobbs | Trade claim | | | | $61,660.00 |
| 11  RHZM International Ltd. Attn: Jim Mao PO Box 612114 San Jose, CA 95161 | RHZM International Ltd. Attn: Jim Mao PO Box 612114 San Jose, CA 95161 Email: ttkl2008@foxmail.com Contact: Jim Mao | Trade claim | | | | $58,000.00 |
| 12  Rimon, PC 1 Embarcadero Center, Suite 400 San Francisco, CA 94111 | Rimon, PC 1 Embarcadero Center, Suite 400 San Francisco, CA 94111 Tel: 415-683-5472 Fax: 800-930-7271 Email: buz.barclay@rimonlaw.com Contact: Buz Barclay/Erika Teijeiro-Ficht | Trade claim | | | | $40,617.40 |
| 13  Sam Clar Office Furniture 1221 Diamond Way Concord, CA 94520 | Sam Clar Office Furniture 2500 Bisso Lane, Suite 200 Concord, CA 94520 Tel: 925-602-3900 Fax: 925-602-5054 Email: john@samclar.com Contact: John Schwartz | Trade claim | | | | $23,574.19 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email contact address of creditor | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Haynie & Company 50 W. Broadway, Suite 600 Salt Lake City, UT 84101 | Haynie & Company 1785 W. 2300 S. Salt Lake City, UT 84119 Tel: 801-328-4408 Fax: 801-972-8941 Email: SteveH@hayniecpas.com; SteveA@hayniecpas.com Contact: Steve Hurd; Steve Avis | Trade claim | | | | $21,486.13 |
| 15 | Ivan Xinyu Liu Rm 2203 No. 12 Lane 258 Zhuzhou Road, Shanghai 200083 China | Ivan Xinyu Liu Rm 2203 No. 12 Lane 258 Zhuzhou Road, Shanghai 200083 China Tel: 133 0180 7258 Email: liu_xinyu@hotmail.com Contact: Ivan Xinyu Liu | Trade claim | | | | $21,202.00 |
| 16 | Financial Reporting Advisors, LLC 100 N. LaSalle Street, Suite 2215 Chicago, IL 60602 | Financial Reporting Advisors, LLC 100 N. LaSalle Street, Suite 2215 Chicago, IL 60602 Tel: 312-345-9101 Fax: 312-345-9110 Email: petersen@finra.com Contact: Richard Petersen | Trade claim | | | | $20,130.00 |
| 17 | Jim Mao PO Box 612114 San Jose, CA 95161 | Jim Mao PO Box 612114 San Jose, CA 95161 Email: ttkl2008@foxmail.com | Trade claim | | | | $18,182.22 |
| 18 | CBRE Global Investors, LLC SPUS Value 7-235 Pine PO Box 398253 San Francisco, CA 94139-8253 | CBRE Global Investors, LLC SPUS Value 7-235 Pine PO Box 398253 San Francisco, CA 94139-8253 Tel: 415-989-6353 Fax: 415-989-8529 Email: Hayley.Crickmore@cbre.com Contact: Hayley Crickmore | Trade claim | | | | $15,384.50 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Montgomery Technologies, LLC<br>222 Kearny Street, Suite 306<br>San Francisco, CA 94108 | Montgomery Technologies, LLC<br>222 Kearny Street, Suite 306<br>San Francisco, CA 94108<br>Tel: 866-824-8362<br>Email: mwright@montgomerytech.n | Trade claim | | | | $13,608.00 |
| 20 | One Blue Mountain, Inc.<br>PO Box 832<br>291 South 200<br>West Farmington, UT 84025 | One Blue Mountain, Inc.<br>PO Box 832<br>291 South 200<br>West Farmington, UT 84025<br>Tel: 801-916-3884<br>Email: gjonest@aol.com<br>Contact: Gordon Jones | Trade claim | | | | $7,850.00 |

DOCS_SF:90077.2 09999/001
Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 5
Case: 16-30296   Doc# 1   Filed: 03/21/16   Entered: 03/21/16 14:47:03   Page 13 of 60

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration <u>Consolidated List of Creditors who have the 20 Largest Unsecured Claims that are not Insiders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>03/21/2016</u>          ✗ _____
        MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                        G. Robert Powell
                                        Printed name

                                        CEO
                                        Position or relationship to debtor

Official Form 202                   Declaration Under Penalty of Perjury for Non-Individual Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BLUE EARTH, INC., | ) | Case No. 16-_____ (____) |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐    None [*check if applicable*]

Name:     Jackson Investment Group, LLC
Address:  2655 Northwinds Parkway
          Alpharetta, GA 30009

Dated: March 21, 2016

_____
G. Robert Powell
CEO

Fill in this information to identify the case and this filing:

Debtor Name __Blue Earth, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __California__
State

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [ ] *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- [ ] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [ ] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* _____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [x] Other document that requires a declaration  __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/21/2016__        X _____
                MM / DD / YYYY          Signature of individual signing on behalf of debtor

                          G. Robert Powell
                          Printed name

                          CEO
                          Position or relationship to debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    )   Chapter 11
                                          )
BLUE EARTH, INC.,                         )   Case No. 16-_____(___)
                        Debtor.           )
                                          )

## VERIFICATION OF CREDITOR MATRIX

I, G. Robert Powell, the undersigned authorized officer of the corporation named

as the Debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Dated: March 21, 2016

                                          _____
                                          G. Robert Powell
                                          CEO

Accountemps File 73484
PO Box 6000
San Francisco, CA 94160-3484


Adam James Sweeney
5248 Eileen Dr
San Jose, CA 95129


Addis & Associates
PC 7140 Stockwell Dr
Colorado Springs, CO 80922


AFCO Insurance Premium Finance
Dept LA 21315
Pasadena, CA 91185


Alan Krusi
360 Aderno Way
Pacific Palisades, CA 90272


Alan Resnik
5035 Foothills Rd., Apt. G
Lake Oswego, OR 97034


Alan Stone & Company, LLC
10940 Wilshire Blvd., 16th FL
Los Angeles, CA 90024


Alejandro Juarez
30615 Hollyberry Ln.
Temecula, CA 92591


Alliant Insurance Services, Inc.
701 B Street, 6th Floor
San Diego, CA 92101


Allied Insurance
PO Box 10479
Des Moines, IA 50306-0479

American Arbitration Association
45 E. River Park Place West, Suite 308
Fresno, CA 93704

Anson O. Rego
85833 Farrington Hwy
Waianae, HI 96792

Anthem Blue Cross
Department 5812
Los Angeles, CA 90074-5812

Anthony Ambrose
13459 NW Countryview Way
Portland, OR 97229

Anthony Lopez
10933 Hansom Ln
Spring Valley, CA 91978

Antonio Zaragoza
1280 Walnut Dr. #69
Tustin, CA 92780

Apiary Investments, LLC
6076 South 900 East #100
Salt Lake City, UT 84121

AT&T
PO Box 5014
Carol Stream, IL 60197

Ater Wynne, LLP
1331 NW Lovejoy Street, Suite 900
Portland, OR 97209

B. Riley & Co., LLC
11100 Santa Monica Blvd., Suite 800
Los Angeles, CA 90025


BDO USA, LLP
100 Park Avenue
New York, NY 10017


BeneTrac Lockbox #100906
PO Box 100906
Pasadena, CA 91189-0906


Bennett's Moving Co., Inc.
4291 Austin Bluffs Pkwy #202
Colorado Springs, CO 80918


Berkshire Hathaway
Homestate Companies
PO Box 846693
Los Angeles, CA 90084-6693


Bill Blair
10540 SW 133rd Pl.
Beaverton, OR 97008


Blakely Sokoloff Taylor Zafman LLP
12400 Wilshire Blvd., 7th Floor
Los Angeles, CA 90025


Board of Equalization
Special Taxes & Fees
PO Box 942879
Sacramento, CA 94279


Bogdan Frolov
8725 SE 91st Ave.
Happy Valley, OR 97086

Booth & Associates International
PO Box 2280
Mill Valley, CA 94942


Bosque FLP
PO Box 531390
Henderson, NV 89053


BP Canada Energy Group
ULC Affiliate Cons Unit: CA2AX
240-4 Avenue, SW Calgary AB
Canada T2P2H8


Brett Woodard
870 E. Pinion Circle
Herber City, UT 84032


Brian D. Stewart & Kelly L. Stewart Ttee
3 Pegasus Dr
Coto De Caza, CA 92679


Brian Feingold
750 Marsolan Avenue
Solana Beach, CA 92075


Brian Smith
10328 Temple View Circle
S. Jordan, UT 84095


BRITTA WATSON
2630 CRESTWOOD DRIVE
MONUMENT, CO 80132


Broadridge ICS
PO Box 416423
Boston, MA 02241-6423

Broadway Family Group, LLC
1350 E. Famingo Rd #77
Las Vegas, NV 89119


Bruce Mitchell
7375 SW Wilson Avenue
Beaverton, OR 97008


Bushnell Law Group
1001 Bishop Street, Suite 2925
Honolulu, HI 96813


Cabot Lodge Securities, LLC
44 Wall Street, Suite 401
New York, NY 10005


Caledonian Bank Limited
C/O TCA Global Credit Master Fund, LP
19950 W. Country Club Drive, 1st Floor
Aventura, FL 33180


California Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0501


California Secretary of State
1500 11th Street
Sacramento, CA 95814


CARL J. DOMINO
136 TERRAPIN TRAIL
JUPITER, FL 33458


CBRE Global Investors, LLC
SPUS Value 7-235 Pine
PO Box 398253
San Francisco, CA 94139-8253

Cedarwood Holdings, LLC
c/o Avison Young
3993 Howard Hughes Parkway, Suite 350
Las Vegas, NV 89169


Cem Lab Corp
45 Post
 Irvine, CA 92618


CenturyLink
PO Box 4300
Carol Stream, IL 60197-4300


Chadbourne & Parke, LLP
1301 Avenue of the Americas
New York, NY 10019


Charles Forrest
2004 Brook Hill Lane
Chesterfield, MO 93017


Charles L. Alger
13193 NW James Arthur Ct.
Portland, OR 97229


Chee Markham & Feldman
American Savings Bank Tower
1001 Bishop Street,
Suite 2700
Honolulu, HI 96813


Christopher Jackson
9646 Jeremy St
Santee, CA 92071


CJ3, LLC
15843 Pauma Valley Drive
Pauma Valley, CA 92061

CKC, LLC
2504 Hacker Dr
Henderson, NV 89074


Clark County Assessor
500 S. Grand Central Pkwy., 2nd Fl
PO 551401
Las Vegas, NV 89155-1401


Clark County Clerk
Attn: Notary Public
500 S. Grand Central Pkwy
Las Vegas, NV 89155


CNA Surety
PO Box 802876
Chicago, IL 60680-2876


CO Department of Revenue
PO Box 17087
Denver, CO 80217-0087


CO State Treasurer
200 East Colfax Avenue
State Capitol Suite 140
Denver, CO 80203


Cochran Freund & Young, LLC
2026 Caribou Drive, Suite 201
Fort Collins, CO 80525


Colorado Financial Service Corp.
304 Inverness Way South, Suite 355
Centennial, CO 80112

COLORADO SPRINGS ORTHOPEDIC
GROUP PROFIT SHARING PLAN
FBO KENNETH B. KURICA, MD
5390 N. ACADEMY BLVD #300
COLORADO SPRINGS, CO 80918


Comwork Business Communications Systems
5160 S. Valley View, Suite 100
Las Vegas, NV 89118


Connecticut Secretary of State
30 Trinity Street
PO Box 150470
Hartford, CT 06115-0470


Connie Schadewitz
2603 NW 126th St
Vancouver, WA 98685


Constance Schadewitz
2603 NW 126th St.
Vancouver, WA 98685


Cooley, LLP
101 California Street, 5th Floor S
an Francisco, CA 94111-5800


Corporation Service Company
PO Box 13397
Philadelphia, PA 19101-3397


Cox Communications, Inc.
PO Box 53262
Phoenix, AZ 85072-3262


Cricket Trust
2504 Hacker Dr
Henderson, NV 89074

DOCS_SF:90085.1 09999/001

Culian Ma
90 Patrician Way
Pasadena, CA 91105


Cypress Insurance Company
Attn: Accounting Dept.
525 Market Street, Suite 3110
San Francisco, CA 94105


Dan Dobbs
400 Shallow Brook Lane
Olney, MD 20832


Dan Wilson
107 Orca Rd
Woodland, WA 98674


Daniel E. Sisson
10021 Brownell Dr S.
Aumsville, OR 97325


Daniel M Taylor
22485 SW Chilkat Terr.
Tualatin, OR 97062


Dave Schlenker
P.O. Box 1081
Airway Heights, WA 99001


David Cagan
200 Alamos Rd
Portola Valley, CA 94028


DAVID J. LIES
1701 E. LAKE AVE. SUITE 260
GLENVIEW, IL 60025

DOCS_SF:90085.1 09999/001

David Kahan, P.A.
6420 Congree Avenue, Suite 1800
Boca Raton, FL 33487


David Lies
1701 E. Lake Avenue, Suite 260
Glenview, IL 60025


David Taggart
1500 Elm Street
San Carlos, CA 95070


Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158


Davis Revocable Trust
D. Jason Davis
11235 Deprise Cove
San Diego, CA 92131


Delaware Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901


Dept Consumer & Business Svcs
Revenue & Accounting Services
PO Box 14610
Salem, OR 97309-0445


DirecTV
PO Box 60036
Los Angeles, CA 90060-0036


DOE Hawaii Solar 2014, LLC
614 S. White Horse Pike
Lindenwold, NJ 08021

Dominion North Carolina Power
PO Box 27206
Richmond, VA 23261


Donald R. Kendall Jr.
720 Kuhlman Rd
Houston, TX 77024


Duffy Research
4727 East Union Hills, Suite 200
Phoenix, AZ 85050


Ed Campana
2305 Barton Creek Blvd. Unit 7
Austin, TX 78735


Edward J. Savage
100 Wilshire Blvd Suite 950
Santa Monica, CA 90401


Edward L. Davis
14050 SW Pacific Hwy.
Portland, OR 97224


Ellenoff Grossman & Schole, LLP
1345 Avenue of the Americas
New York, NY 10105-0302


Empire Stock Transfer Inc.
1859 Whitney Mesa Dr
Henderson, NV 89014


Employment Security Department
UI Tax Administration
PO Box 34949
Seattle, WA 98124-1949

Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 28 of 60

Employment Security Division
Contributions Section
500 E. Third Street
Carson City, NV 89713-0030


Equisolve, Inc.
2455 E. Sunrise Blvd., Ste. 1201
Fort Lauderdale, FL 33304


Esquire Deposition Solutions, LLC
PO Box 846099
Dallas, TX 75284-6099


FAST CEDE & CO
P O BOX 20
BOWLING GREEN STATION
NEW YORK, NY 10004


FedEx
PO Box 7221
Pasadena, CA 91109-7321


Fidelity IT Solutions, Inc.
60 Atlantic Avenue, Suite 200
Toronto, ON Canada M6K1X9


Financial Accounting
Standards Board
PO Box 418272
Boston, MA 02241-8272


Financial Reporting Advisors, LLC
100 N. LaSalle Street, Suite 2215
Chicago, IL 60602

FINRA
PO Box 7777-W9205
Philadelphia, PA 19175-9205


Fireman's Fund Insurance Co.
PO Box 352
Direct Bill Cashier
Minneapolis, MN 55440-0352


FirePro
PO Box 620876
Las Vegas, NV 89162


First Line Data
2400 Central Avenue, Suite G
Boulder, CO 80301


Flaherty Financial News, Inc.
265 Columbus Avenue #2
West Harrison, NY 10604-2617


Frances Allison Torre Gendrano
909 Lehua Avenue, 2nd FL
Pearl City, HI 96872


Frank Bocarde
3416 SW Illinois
Portland, OR 97239


Frank Magdlen
13620 SE Maple LN
Milwaukie, OR 97222


Frank Partnoy
4411 Hermosa Way
San Diego, CA 92103

Case: 16-30296   Doc# 1   Filed: 03/21/16   Entered: 03/21/16 14:47:03   Page 30 of 60

FREDERICK W. VOGEL
300 S. OCEAN BLVD. APT. N19
DELRAY BEACH, FL 33483


Free Conference Call
4300 E Pacific Coast Highway
Long Beach, CA 90804


Full Circle Capital Corp.
102 Greenwich Ave, 2nd Floor
Greenwich, CT 06830


G. Robert Powell
433 Stonefield Place
Moraga, CA 94556


Gar Wood Securities
440 S. La Salle St.  Suite 2201
Chicago, IL 60605


Gary Neus
17 Sweetwater Court
Sugar Land, TX 77479


GIL PORAT
4650 BROADMOOR BLUFFS DRIVE
COLORADO SPRINGS, CO 80906


GoDaddy
14455 N. Hayden Road, Suite 219
Scottsdale, AZ 85260


Golden One Insurance Co.
c/o UnitedOneHealth
7440 Woodland Drive
Indianapolis, IN 46278

Golden Rule Insurance Co.
PO Box 740209
Cincinnati, OH 45274-0209


Google, Inc.
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Green Planet Investment Consultants, LLC
20533 Biscayne Blvd #4-321
Miami, FL 33180


Greenwood Energy 1, LLC
134 E. 40th Street
New York, NY 10016


Halcyon Plumbing, Inc.
6224 W. Katella
Las Vegas, NV 89118


Hareon Solar USA Corporation
121 Metro Drive
San Jose, CA 95110


Harland Clarke Business Solutions
4837 Harold Gatty Drive
Salt Lake City, UT 84116


HARRIET LOSHIN
4 LEAF CT
MELVILLE, NY 11747


HARVEY KESNER
65 MAYHEW DRIVE S.
ORANGE, NJ 7079


Hawaii State Tax Collector
PO Box 3223
Honolulu, HI 96801

Hawaiian Electric Company, Inc.
PO Box 2750
Honolulu, HI 96840


Haynie & Company
1785 w. 2300 S.
Salt Lake City, UT 84119


Haynie & Company
50 W. Broadway, Suite 600
Salt Lake City, UT 84101


Helen. H. Thomas
PO Box 531390
Henderson, NV 89053


Henry Gregor
493 Tukwila Dr.
WoodBurn, OR 97071


HK Fence, LLC
PO Box 75455
Kapolei, HI 96707


Hobbs & Towne
755 Sansome Street, Suite 450
San Francisco, CA 94111


Hobbs & Towne, Inc.
1288 Valley Forge Rd. #88
PMB 269 PO Box 987
Valley Forge, PA 19482


Hootsuite Media Inc.
1 Broadway
Cambridge, MA 02142

Ice Glen Associates, LLC
15 Kneeland Avenue
San Francisco, CA 94104


Ice Systems, Inc.
DBA ProxyTrust
PO Box 11126
Hauppauge, NY 11788-0934


Idaho State Tax Commission
PO Box 36
Boise, ID 83712-7742


Inc. Krombolz-Sheets
930 E Boot Rd
West Chester, PA 19380


Indiana Dept. of Revenue
PO Box 1028
Indianapolis, IN 46206-1028


Indiana Dept. of Workforce Development
PO Box 7054
Indianapolis, IN 46207-7054


Industrial Solutions of Utah, Inc.
215 N. Redwood Road, Suite 2
North Salt Lake, UT 84054


Internal Revenue Service
Centralized Insolvency Operations
11601 Roosevelt Boulevard
Mail Drop N781
Philadelphia, PA 19255


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INVeSHARE, Inc.
PO Box 568
Alpharetta, GA 30009-0568


Ivan Xinyu Liu
Rm2203 No. 12 Lane 258
Zhuzhou Road
Shanghai 200083 China


J. RICHARD BRUSENHAN
133 YALE AVENUE
COLORADO SPRINGS, CO 80904


Jackson Investment Group, LLC
2655 Northwinds Parkway
Alpharetta, GA 30009


James A. Kelly
946 Coronado Dr
Arcadia, CA 91007


James McKay
152 Coventry Place
Palm Beach, FL 33418


James S. Marinos
111 Elm Street, Suite 300
San Diego, CA  92101


Janet Shelton
50990 Dike Rd., Slip B
Scappoose, OR 97056


Jason Wesley Beans
107 Cedar Bluff Circle
Keizer, OR 97303

Jeff Gosselin
15843 Pauma Valley Dr
Pauma Valley, CA 92061


Jeff Spencer
1409 River Vista Drive
Atlanta, GA 30339


Jeffrey Slobodnik
960 Gerleon St
Salem, OR 97302


Jennifer Mitchell
412 N Main - Unit B
Nixon, MO 65714


Jim Mao
PO Box 612114
San Jose, CA 95161


John Cagan
200 Alamos Dr
Portola, CA 84028


JOHN R. LEWIS
135 RANGELY DRIVE
COLORADO SPRINGS, CO 80921


Joseph Patalano
6759 Mineral Dr
San Diego, CA 92119


Joshua Bossuat
2913 Hemstead Way
Stockton, CA 95207


Judith Hall
615 Crofton Court
Lafayette, CA 94549

JUDY BELL
2609 SPRING GROVE TERRACE
COLORADO SPRINGS, CO 80906


JUDY R BLOCK
219 DELANCEY ST
PHILADELPHIA, PA 19106


K&L Gates, LLP
Attn: RCAC
925 Fourth Avenue, Suite 2900
Seattle, WA 98104


KAREN RUYLE
5250 BROADMOOR BLUFFS DRIVE
COLORADO SPRINGS, CO 80906


KayLynn Caldwell
90 Patrician Way
Pasadena, CA 91105


Keegan Winfield
14355 Huston Street #236
Sherman Oaks, CA 91423


Kelly Muchoney Johnson
532 Alverson Blvd.
Everett, WA 98201


Kelly Services, Inc.
1212 Solutions Center
Chicago, IL 60677-1002


Kenmont Capital Partners, LP
711 Louisiana Street, Suite 1750
Houston, TX 77002

DOCS_SF:90085.1 09999/001

Kilpatrick Townsend & Stockton LLP
Todd Meyers/Paul Rosenblatt
Suite 2800
1100 Peachtree Street NE
Atlanta, GA 30309-4528


Kilpatrick Townsend & Stockton LLP
Maureen Sheehy/Tali Alban
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111


Ladybug Trust
2504 Hacker Dr
Henderson, NV 89074


Laird Cagan
20400 Stevens Creek Blvd. Suite 700
Cupertino, CA 95014


Laird Q. Cagan
200 Alamos Rd
Portola Valley, CA 94028


Larry Eggleston
10449 SW Denmark St
Wilsonville, OR 97070


Las Vegas Office Furniture LLC
40 North Mojave Road
Las Vegas, Nevada 89101


Laura Walker Chung
1550 Larimer Street #124
Denver, CO 80202


LD Micro, Inc.
11040 Bollinger Canyon Road, Suite E-405
San Ramon, CA 94582

DOCS_SF:90085.1 09999/001

Liberty Mutual Insurance
PO Box 85834
San Diego, CA 92186


Lippert Heilshorn & Associates, Inc.
800 Third Avenue, 17th Floor
New York, NY 10022


Liviakis Financial Communications, Inc.
655 Redwood Hwy #395
Mill Valley, CA 94941


Lori White
75 Bay Rd.
Fairfax, CA 94930


Mark Rabe
9080 Jeremy Rd
Park City, UT 84098


Mark Slobodnik
960 Gerleon St
Salem, OR 97302


Marsh USA, Inc.
PO Box 846015
Dallas, TX 75284-6015


Marshall Dennehey Warner
Coleman & Goggin
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002


Marvin Buford
41329 Promenade Chardonnay Hills
Temecula, CA 92591

Matt Fairy
55 Eleven O'Clock Road
Weston, CT 06883


Maxim Group
405 Lexington Ave
New York, NY 10174


Mediant Communications, LLC
PO Box 29976
New York, NY 10087-9976


MediaPlanet Publishing House, Inc.
30 W. 22nd Street, #2W
New York, NY 10010


Melanie Ivanova
3816 Seven Bridge Rd
Medina, OH 44256


MetLife
PO Box 804466
Kansas City, MO 64180-4466


MICHAEL B. MURPHY
285 ESTRELLA LANE
MONUMENT, CO 80132-8019


Michael Ehrenfeld Company
2655 Camino Del Rio North, Suite 200
San Diego, CA 92108


Michael Siplyak
1050 Emilia St
Fallbrook, CA 92028

Michael W. Allman
PO Box 616163
Rancho Santa Fe, CA 92067


MICHAEL WHALEY
4245 RUSHING LEAVES LANE
COLORADO SPRINGS, CO 80909


Mike Allman
PO Box 676163
Rancho Santa Fe, CA 92067


MMA Energy Capital
3600 O'Donnell Street, Suite 600
Baltimore, MD 21224


Monique Lane
857 McEllen Way
Lafayette, CA 94549


Montgomery Technologies, LLC
222 Kearny Street, Suite 306
San Francisco, CA 94108


Morgan Stanley Smith Barney
IRA Custodian for Florek, Robert
3435 SW Doschview
Portland, OR 97239


Morgan Stanley Smith Barney
C/F MSB Steven Miller
IRA STD/Rollover Dtd 02/09/11
10970 SW Bannoch St
Tualatin, OR 97062-7128


Morgan, Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304

DOCS_SF:90085.1 09999/001

MUNNI R. SELAGAMSETTY &
SANJEEVA R. SELAGAMSETTY JT TEN
755 NEBULA COURT
COLORADO SPRINGS, CO 80906


Nancy L. Ralston, as Trustee
of the Friesen Family Irrevocable Trust
8590 SW Indian Hill Ln.
Beaverton, OR 97008-7016


NASDAQ OMX Corporate Solutions, LLC
c/o Wells Fargo Bank N.A.
Lockbox 11700
PO Box 8500
Philadelphia, PA 19178-0700


NASDAQ Stock Market LLC
c/o Wells Fargo Bank, N.A.
Lockbox 10200
PO Box 8500
Philadelphia, PA 19178-0200


NASDAQ Stock Market LLC
c/o Wells Fargo Bank, N.A.
Lockbox 10200
PO Box 8500
Philadelphia, PA 19178-0700


National Securities
120 Broadway, 27th Floor
New York, NY 10271


National Securities Corp
1200 N. Federal Hwy Suite 400
Boca Raton, FL 33432

NetGen Consulting, Inc.
5668 Fishhawk Crossing Blvd
Lithia, FL 33547


Nevada Department of Taxation
PO Box 52674
Phoenix, AZ 85072-2674


Nevada Secretary of State
202 N. Carson Street
Carson City, NV 89701-4201


New Generation Power, LLC
39 South LaSalle Street, Suite 600
Chicago, IL 60603


New Jersey Division of Revenue
PO Box 302
Trenton, NJ 08646


New Jersey Division of Taxation
Revenue Processing Center
Corporation Business Tax
PO Box 257
Trenton, NJ 08646-0257


New World Group, Inc.
1688 Hostetter Road, #F
San Jose, CA 95131


New York State Corporation
Tax Processing Unit
PO Box 15163
Albany, NY 12212-5163


New York State Department of Taxation
Attn: Office of Counsel
Building 9

W A Harriman Campus
Albany, NY 12227


New York State Department of Taxation
Attn: NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127


Nicolette Michelle Gates
107 Cedar Bluff Circle
Keizer, OR 97303


Nikolas Novograd
91 Round Hill Road
Tiburon, CA 94920


Norman O. Myhr
5331 SW Macadam Ave. Suite 370
Portland, OR 97239


Novogradac & Company
PO Box 7833
San Francisco, CA 94120


NV Employment Security Division
2800 E St Louis Ave
Las Vegas, NV 89104


NVEnergy
PO Box 30086
Reno, NV 89520-3086


Ohio Bureau of Workers' Compensation
PO Box 89492
Cleveland, OH 44101-6492

DOCS_SE-90085.1.09999/001

Ohio Division of Securities
77 South High Street
Columbus, OH 43215


Ohio Treasurer of State
c/o Pohler & Associates, LLC
6445 E. Livingston Avenue
Reynoldsburg, OH 43068-3560


One Blue Mountain, Inc.
PO Box 832
291 South 200
West Farmington, UT 84025


Oregon Department of Revenue
PO Box 14790
Salem, OR 97309-0470


O'Reilly Law Group, LLC
325 S. Maryland Parkway
Las Vegas, NV 89101


Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669


Orrick, Herrington & Sutcliffe LLP
Dept 34461
PO Box 39000
San Francisco, CA 94139


OTC Markets Group, Inc.
304 Hudson Street, 3rd Floor
New York, NY 10013

Patricia Addis
7140 Stockwell Dr
Colorado Springs, CO 89022


PATRICK D. MCSWAIN
8701 EAGLEBROOK CT.
ALEXANDRIA, VA 22308


Paul Collins
8145 SW Landau St.
Portland, OR 97223


Paul Collins
852 Filbert Street
San Francisco, CA 94133


Paul Herrerias
144 Chapel Hill Rd
Novato, CA 94949


Paul Needham
34 Rosy Finch Lane
Aliso Viejo, CA 92656


Paul Resnik
69 Fairfield Rd
Yonkers, NY 10705


Paulson Investment Company, Inc.
811 SW Naito Parkway, Suite 300
Portland, OR 97204


Paychex
911 Panorama Trail S
Rochester, NY 14625


Peacock Financial, Inc.
435 Virginia Ave., Unit 600
Indianapolis, IN 46203

Personnel Concepts
PO Box 3353
San Dimas, CA 91773-7353

Prima Capital Group, Inc.
1230 Coast Village Cir, Ste. E
Santa Barbara, CA 93108

Private Trust Company
Cust IRA FBO Mark J Rabe
9080 Jeremy Rd
Park City, UT 84098

PSB Northern CA Industrial, LLC
2316 Walsh Avenue
Santa Clara, CA 95051

PSI Acquisition LLC
4590 SW Joshua St
Tualatin, OR 97062

Public Company Accounting Oversight Brd
PO Box 418631
Boston, MA 02241-8631

Putun, LLC
PO Box 50464
Henderson, NV 89016

Ray Lundberg
1917 Prairie Pond Rd
Saratoga Springs, UT 84045

Raymond James & Associates, Inc.
880 Carillon Parkway
St. Petersburg, FL 33716

RHZM International Ltd.
Attn: Jim Mao
PO Box 612114
San Jose, CA 95161


Richard B. Goldstein
505 Sansome St, 2nd Flr
San Francisco, CA 94111


RICHARD SCHMITT
2824 BROADVIEW TERRACE
ANNAPOLIS, MD 21401


Rimon, PC
1 Embarcadero Center, Suite 400
San Francisco, CA 94111


Ring Central
1400 Fashion Island Blvd, #700
San Mateo, CA 94404


Robert J. Siefert
1720 Lorry Ln.
Escondido, CA 92029


Robert Keith Altman
2706 North Rockcliffs Ave
Kuna, ID 83634


Robert Potts
616 S. River Breeze Dr
Orem, UT 84097


ROBERTA T. YORI AND VICTOR YORI
1001 CARPENTERS WAY
APT. B-208
LAKELAND, FL 33809

Robin L. Rinehart
7801 Auburn Wind Ct
Citrus Heights, CA 85610


RODNEY B. WIEBE
3919 MIDSUMMER LANE NORTH
COLORADO SPRINGS, CO 80917


Rodney D. Friesen, as Trustee
of the Rodney D. Friesen Living Trust
12810 SW Morningstar Dr.
Tigard, OR 97223


Rodney James Goldhammer
PO Box 2769
Oregon City, OR 97045


Roland Maneafiaga
86-115A Kuwale Road
Waianae, HI 96792


Romero Park P.S.
H. Troy Romero & Christopher Powell
155-108th Avenue N.E. Ste 202
Bellevue, WA 98004


RONALD BURNSIDE
1780 GARDINER ROCK LANE
COLORADO SPRINGS, CO 80906


Roth IRA Judy Weigert Bossuat
9230 Flickering Shadow Drive
Dallas, TX 75243

DOCS_SF:90085.1 09999/001

Roxie Baker
6525 N. State Hwy Z
Williard, MO 65781


Russ McKeekin
7126 E. Osborn Road, Unit 2012
Scottsdale, AZ 85251


Sabrina Dela Rama
87-839 Paakea Road
Waianae, HI 96792


SageNext Infotech, LLC
207 Hudson Trace, Suite 112
Augusta, GA 30907


Salberg & Company, P.A.
2295 NW Corporate Blvd., Suite 240
Boca Raton, FL 33431


Sam Clar Office Furniture
2500 Bisso Lane, Suite 200
Concord, CA 94520


Samantha Baker
6525 N State Hwy Z
Willard, MO 65781


Sam's Club
PO Box 659783
San Antonio, TX 78265-9783


San Diego County Treasurer
PO Box 129009
San Deigo, CA 92112


Schlissel & Associates
PO Box 4408
Honolulu, HI 96812

Secretary of State
202 North Carson Street
Carson City, NV 89701-4201


Secretary of State California
Business Entities
PO Box 944228
Sacramento, CA 94244-2280


Secretary of State Mississippi
401 Mississippi Street
Jackson, MS 39201


Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


Securities Exchange Commission
Attn: General Counsel
100 F Street NE
Washington, DC 20549


Security Research Associates
3 Embarcadero Center, Suite 1340
San Francisco, CA 94111


ServiceWest, Inc.
2054 Burroughs Avenue
San Leandro, CA 94557


Sheppard Mullin
Ori Katz
Four Embarcadero Center, 17th Flr.
San Francisco, CA 94111

Solar Green Development, LLC
5008 Shadow Pine Drive
Charlotte, NC 28269


SolRey Systems
64 W. 1600 N.
Centerville, UT 84014


SPUS7 235 Pine, LP
PO Box 843752
Los Angeles, CA 90084-3752


Standard & Poor's
2542 Collection Center Drive
Chicago, IL 60693


Stanley A. Bass
7317 Melodia Terrace
Carlsbad, CA 92011


Stanley and Patricia Doublin
745 Joshua St
Box 793
Lyons, OR 97358


Stanton Chase International
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401


State of California Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

State of Hawaii
335 Merchant Street
Honolulu, HI 96810


State of Nevada Department of Taxation
2550 College Pkwy., Suite 115
Carson City, NV 89706-7937


State of Texas
PO BOX 13697
Austin, TX 78711


STE Holdings, LLC
845 Third Avenue, 6th Floor
New York, NY 10022


Steven D. Lee
745B Portola Street
San Francisco, CA 94129


Steven J. Rawson
21 Cypress Lane
Colorado Springs, CO 80906


Steven Miller
10970 SW Bannoch St
Tualatin, OR 97062


Steven W. Gray and
Katherine L Gray JTWROS
21124 SW Wyndham Hill Center
Tualatin, OR 97062


Stockjock.com
22287 Mulhound Hwy #417
Calabasas, CA 91302

Stonegate Securities, Inc.
Preston Sherry Plaza
8201 Preston Road, Suite 325
Dallas, TX 75225


SunLink Corporation
PO Box 748395
Los Angeles, CA 90074-8395


Sunvalley Solar, Inc.
398 Lemon Creek Drive Suite A
Walnut, CA 91789


Superior Press Print
9440 Norwalk Blvd,
Santa Fe Springs, CA 90670


TCA Global Credit Master Fund, LP
19950 W. Country Club Drive, 1st Floor
Aventura, FL 33180


Telesoft Capital, LLC
980 E. Hopkins Avenue
Aspen, CO 81611


Terry Watkins
5212 Bommerang Way
Caldwell, ID 83607


The AWT Family Limited Partnership
3151 Airway Avenue, Suite G-3
Costa Mesa, CA 92626


The Benchmark Company, LLC
789 N. Water Street, Suite 410
Milwaukee, WI 53202

Case: 16-30296    Doc# 1    Filed: 03/21/16    Entered: 03/21/16 14:47:03    Page 54 of 60

The Board of Trustees of the
Leland Stanford Junior University
635 Knight Way
Stanford, CA 94035-7297


The Grad Law Firm
Davies Pacific Center
841 Bishop Street, Suite 1800
Honolulu, HI 96813


The Hartford
PO Box 660916
Dallas, TX 75266-0916


THE JAMES MOLESKY FAMILY TRUST
37 CHANCELLOR PLACE
BERKELEY, CA 94705


The NASDAQ OMX Group, Inc.
c/o Wells Fargo Bank, N.A.
Lockbox 11700
PO Box 8500
 Philadelphia, PA 19178-0700


The Promontory Business Park O.A
c/o Mar West Real Estate, Inc.
PO Box 52798
Irvine, CA 92619


Thomas Rampone
34818 SW Bald Peak Rd.
Hillsboro, OR 97123


Todd Michaels
8825 Bold Ruler Way
Fair Oaks, CA 95628

Todd Petersen
915 E. amity
Meridian, ID 83642


Trans America Attn: Processing
8488 Shepard Farm Drive
West Chester, OH 45069


Treasurer, CO Unemployment
Insurance Tax Administration
633 17th Street, Suite 201
Denver, CO 80202-3660


United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530


University of Santa Monica
2107 Wilshire Blvd
Santa Monica, CA 90403


UPower, LLC
95 Hobson Street, 5A
San Jose, CA 95110


USPTO
Commissioner for Patents
PO Box 1430
Alexandria, VA 22313-1430


Utah Division of Securities
PO BOX 146760
Salt Lake City, UT 84114

DOCS_SF:90085.1 09999/001

Utah State Tax Commission
210 N. 1950 West
Salt Lake City, UT 84134-0260


Valley Solar Solutions, Inc.
1350 F Street
Fresno, CA 93706


VCorp Services, LLC
25 Robert Pitt Drive, Suite 204
Monsey, NY 10952


Vicki Olson
3833 Fairhaven Dr.
West Linn, OR 97068


Vickie Marinovich
27 Wordsworth Ct.
Mill Valley, CA 94941


VICTORIA LIVIAKIS
P.O. BOX 14
ORINDA, CA 94563


Waianae Holdings, LLC
121 Metro Drive
San Jose, CA 95110


Walter P. Thompson, Inc.
720 Iwilei Road, Suite 425
PO Box 3351
Honolulu, HI 96801


Washington State Treasurer
PO BOX 40200
Olympia, WA 98504-0200

Wayne Mays JR
42932 Peachwood St
Fremont, CA 94538


WB Richardson, LLC
216 Washington Avenue, Suite 1
Santa Fe, NM 87501


WealthMakers, LLC
417 Orchid Avenue
Corona Del Mar, CA 92625


Wells Fargo Bank
MAC U1228-09A
299 S. Main, 9th Fl
Salt Lake City, UT 84145


WILLIAM & SHERALD COY TEN COM
2660 WILDFLOWER DRIVE
SPRINGFIELD, OH 45504


William B. Richardson
216 Washington Ave
Santa Fe, NM 87501


William Bailey
1132 Via Mil Cumbres
Solana Beach, CA 92075


WILLIAM E. DAVIDSON
AND FRANCES H. DAVIDSON
210 PEACH BLOSSOM AVE.
CAMBRIDGE, MD 21613


William Gregozeski
W 218 N 5405 Taylor Woods Dr.
Menomonee Falls, WI 53051

WILLIAM WOODWORTH
3918 BROADMOOR VALLEY ROAD
COLORADO SPRINGS, CO 80906


Xpedite Systems, LLC
PO Box 116451
Atlanta, GA 30368-6451


Xu Tang
6549 Canterbury
San Jose, CA 95129


Yamamoto & Caliboso
1099 Alakea Street, Suite 2100
Honolulu, HI 96813


Zacks Investment Research, Inc.
10 S. Riverside Plaza, Suite 1600
Chicago, IL 60606

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration     Creditor Matrix Verification

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/21/2016**          X _____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                           G. Robert Powell
                           Printed name

                           CEO
                           Position or relationship to debtor