Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jpomerantz@pszjlaw.com
    dgrassgreen@pszjlaw.com
    jlucas@pszjlaw.com
    mpagay@pszjlaw.com

Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 16-30296-DM |
| BLUE EARTH, INC., et al.,[1] | Chapter 11 |
| Debtors. | Joint Administration Requested |
| | **APPLICATION FOR ORDER APPROVING DESIGNATION OF G. ROBERT POWELL AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1** |
| | **[No Hearing Required]** |

Pursuant to Rule 4002-1 of the Bankruptcy Local Rules for the Northern District of California (the "**Local Rules**"), Blue Earth, Inc. and Blue Earth Tech, Inc., the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), hereby apply for entry of an order approving the designation of G. Robert Powell as their designated responsible individual during these chapter 11 cases. In support thereof, the Debtors respectfully represent as follows:

1. On March 21, 2016, the Debtors each filed a voluntary petition under chapter 11 of title 11 of the United States Code.

---

[1] The last four digits of each of the Debtors' tax identification numbers are Blue Earth, Inc. (1496) and Blue Earth Tech, Inc. (0269). The location of the Debtors' headquarters and service address is 235 Pine Street, Suite 1100, San Francisco, California 94104.

2. By this application, the Debtors seek to approve the appointment of G. Robert Powell ("**Mr. Powell**"), the Chief Executive Officer of the Debtors, as the designated individual with primary responsibility for the duties and obligations of the Debtors.

3. Mr. Powell's contact information is:

> G. Robert Powell, CEO
> Blue Earth, Inc.
> 235 Pine Street, Suite 1100
> San Francisco, CA 94104
> Telephone. (415) 964-4411

**WHEREFORE**, the Debtors respectfully request that this Court enter an order designating Mr. Powell as the natural person to be responsible for the duties and obligations of the Debtors during these chapter 11 cases pursuant to Local Rule 4002-1. A proposed form of order is annexed hereto as **Exhibit A**.

Dated: March 21, 2016

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John Lucas*
Jeffrey N. Pomerantz
Debra I. Grassgreen
John W. Lucas
Malhar S. Pagay

Proposed Counsel for Debtors

# **EXHIBIT A**

(Proposed Order)

Jeffrey N. Pomerantz (CA Bar No. 143717)
Debra I. Grassgreen (CA Bar No. 169978)
John W. Lucas (CA Bar No. 271038)
Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415.263.7000
Facsimile: 415.263.7010
Email: jpomerantz@pszjlaw.com
dgrassgreen@pszjlaw.com
jlucas@pszjlaw.com
mpagay@pszjlaw.com

Proposed Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No.: 16-_____ |
| BLUE EARTH, INC., et al.,[1] | Chapter 11 |
| Debtors. | [Joint Administration Requested] |
| | **ORDER APPROVING DESIGNATION OF G. ROBERT POWELL AS RESPONSIBLE INDIVIDUAL PURSUANT TO BANKRUPTCY LOCAL RULE 4002-1** |

The Court having considered the *Application for Order Approving Designation of G Robert Powell as Responsible Individual Pursuant to Bankruptcy Local Rule 4002-1* (the "**Application**") filed by Blue Earth, Inc. and Blue Earth Tech, Inc.., the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), and good cause existing for the relief requested,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. G. Robert Powell is appointed as the responsible individual for the Debtors for purposes of these chapter 11 cases pursuant to Bankruptcy Local Rule 4002-1.

***END OF ORDER***

---

[1] The last four digits of each of the Debtors' tax identification numbers are Blue Earth, Inc. (1496) and Blue Earth Tech, Inc. (0269). The location of the Debtors' headquarters and service address is 235 Pine Street, Suite 1100, San Francisco, California 94104.