Entered on Docket
March 23, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KILPATRICK TOWNSEND & STOCKTON LLP
   MAUREEN A. SHEEHY (State Bar No. 129859)
2  TALI L. ALBAN (State Bar No. 233964)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: tlalban@kilpatricktownsend.com
5         msheehy@kilpatricktownsend.com

6  TODD C. MEYERS (Georgia Bar No. 503756)
   PAUL M. ROSENBLATT (Georgia Bar No. 614522)
7  1100 Peachtree Street NE, Suite 2800
   Atlanta, Georgia 30309-4530
8  Telephone: (404) 815-6500
   Facsimile: (404) 815-6555
9  E-mail: tmeyers@kilpatricktownsend.com
          prosenblatt@kilpatricktownsend.com
10
   Attorneys for JACKSON INVESTMENT GROUP, LLC

FILED
MAR 23 2016
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>BLUE EARTH, INC., et al.,[1]<br><br>Debtors. | Case No.: 16-30296<br><br>Chapter 11<br><br>[Joint Administration Requested]<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Paul M. Rosenblatt, whose business address and telephone number is:

Paul M. Rosenblatt
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500

---

[1] The last four digits of each of the Debtors' tax identification numbers are Blue Earth, Inc. (1496) and Blue Earth Tech, Inc. (0269). The location of the Debtors' headquarters and service address is 235 Pine Street, Suite 1100, San Francisco, California 94104.



and who is an active member in good standing of the State Bar of Georgia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Jackson Investment Group, LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

Dated: March 23, 2016

Hon. Dennis Montali
United States Bankruptcy Judge

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*  - 2 -
CASE NO. 16-30296

US2000 13509606 1