**AKERMAN LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
KATALINA BAUMANN (SBN 278606)
Email: katalina.baumann@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

*Attorneys for Creditor*
*TCA Global Credit Master Fund, LP*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: | Case No. 16-30296-DM |
| BLUE EARTH, INC., et al., | Chapter 11 |
| Debtors, | (Jointly Administered) |
| | **CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 725 South Figueroa Street, 38th Floor, Los Angeles, CA 90017.:

On **June 2, 2016**, I served the following document(s) described as:

**MOTION TO DEEM LATE FILED CLAIMS TIMELY**

on the persons below as follows:

*SEE ATTACHED SERVICE LIST*

☒ **(CM/ECF Electronic Filing):** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 2, 2016**, at Los Angeles, California.

Evelyn S. Duarte
(Type or print name)                    (Signature)

# SERVICE LIST

IN RE:  BLUE EARTH, INC.; CASE NO. 16-30296-DM

*\* CM/ECF Electronic Filing\**

| | |
|---|---|
| Tali Leah Alban: | tlalban@kilpatricktownsend.com, ecasillas@kilpatricktownsend.com |
| Donald W. Fitzgerald: | dfitzgerald@ffwplaw.com, shoang@ffwplaw.com |
| Debra I. Grassgree: | dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| Ori Katz: | okatz@sheppardmullin.com, smccabe@sheppardmullin.com |
| Lynette C. Kelly: | lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov |
| Matthew Ryan Klinger: | mklinger@sheppardmullin.com |
| Kurtzman Carson Consultants LLC: | Ecfpleadings@kccllc.com |
| John William Lucas: | jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| Todd C. Meyers: | tmeyers@kilpatricktownsend.com, lcanty@kilpatricktownsend.com |
| Sarah D. Moyed: | MoyedS@sec.gov |
| Office of the U.S. Trustee / SF: | USTPRegion17.SF.ECF@usdoj.gov ltroxas@hotmail.com |
| Malhar Pagay: | mpagay@pszjlaw.com, slee@pszjlaw.com |
| H. Troy Romero: | tromero@romeropark.com, cpowell@romeropark.com |
| Jason Rosell: | jrosell@pszjlaw.com, sshoemaker@pszjlaw.com |
| Paul M. Rosenblatt: | prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| Amy M. Smith: | amsmith@cooley.com, keudaley@cooley.com |
| Lucy H. Wang: | lucy.wang@morganlewis.com |
| Thomas A. Willoughby: | TWilloughby@ffwplaw.com, lnmccleerey@ffwplaw.com; kwidder@ffwplaw.com |
| David M. Wiseblood: | dwiseblood@wisebloodlaw.com, dmwadmin@wisebloodlaw.com |

| | |
|---|---|
| 1 | |
| 2 | *BY MAIL* |
| 3 | |
| 4 | Barthko, Zankel, Bunzel and Miller<br>One Embarcadero Center #800<br>San Francisco, CA 94111 |
| 5 | |
| 6 | Davidoff, Hutcher and Citron, LLP<br>605 Third Avenue, 34th Floor<br>New York, NY 10158 |
| 7 | |
| 8 | EOS Capital Advisors LLC<br>71 Stevenson Street # 400<br>San Francisco, CA 94105 |
| 9 | |
| 10 | Ice Glen Associates, LLC<br>15 Kneeland Avenue<br>Lenox, MA 01240-2015 |
| 11 | |
| 12 | |
| 13 | New York State Department Of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 |
| 14 | |
| 15 | |
| 16 | Edwin E. Smith<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |