KILPATRICK TOWNSEND & STOCKTON LLP
MAUREEN A. SHEEHY (State Bar No. 129859)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
E-mail: msheehy@kilpatricktownsend.com

KILPATRICK TOWNSEND & STOCKTON LLP
PAUL M. ROSENBLATT (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail: prosenblatt@kilpatricktownsend.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>BLUE EARTH, INC., et al.,[1]<br><br>              Debtors. | Case No.: 16-30296<br><br>Chapter 11<br><br>[Jointly Administered]<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

      **PLEASE TAKE NOTICE THAT**, Kilpatrick Townsend & Stockton LLP ("Kilpatrick Townsend") hereby appears as counsel to Blue Earth, Inc. and Blue Earth Tech, Inc. (the "Debtors") in the above-captioned chapter 11 cases. Pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Code sections 342 and 1109(b), Kilpatrick Townsend requests that copies of any and all notices, pleadings,

---

[1] The last four digits of each of the Debtors' tax identification numbers are Blue Earth, Inc. (1496) and Blue Earth Tech, Inc. (0269). The location of the Debtors' headquarters and service address is 235 Pine Street, Suite 1100, San Francisco, California 94104.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**    - 1 -
**CASE NO. 16-30296**



motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in these cases, be transmitted to:

| | |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP<br>Paul M. Rosenblatt, Esq.<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309-4530<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>Email: prosenblatt@kilpatricktownsend.com | KILPATRICK TOWNSEND & STOCKTON LLP<br>Maureen A. Sheehy, Esq.<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: msheehy@kilpatricktownsend.com |

**PLEASE TAKE FURTHER NOTICE THAT**, this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of any party in interest in these cases, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in these cases or (e) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by any party in interest.

DATED: October 20, 2016

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Paul M. Rosenblatt*
    PAUL M. ROSENBLATT
    MAUREEN A. SHEEHY

Attorneys for Debtors



US2008 11947176 1

# CERTIFICATE OF SERVICE

STATE OF GEORGIA )
) 
CITY OF ATLANTA )

I, Paul M. Rosenblatt, am employed in the city of Atlanta, county of Fulton, State of Georgia. I am over the age of 18 and not a party to the within action; my business address is 1100 Peachtree Street, Suite 2800, Atlanta, Georgia, 30309.

On October 20, 2016, I caused to be served the:

- **Notice of Appearance and Request for Service of Notices and Pleadings**

in the manner stated below:

| X | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document. On **October 20, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
|---|---|
|   | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|   | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

DATED: October 20, 2016        KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Paul M. Rosenblatt*
        Paul M. Rosenblatt

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**        - 1 -
**CASE NO. 16-30296**



US2008 11947176 1

**ECF LIST**

- ☐ Justin Balser justin.balser@akerman.com, toni.domres@akerman.com
- ☐ Katalina Baumann katalina.baumann@akerman.com, evelyn.duarte@akerman.com
- ☐ Donald W. Fitzgerald dfitzgerald@ffwplaw.com, shoang@ffwplaw.com
- ☐ Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- ☐ Ori Katz okatz@sheppardmullin.com, smccabe@sheppardmullin.com
- ☐ Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- ☐ Matthew Ryan Klinger mklinger@sheppardmullin.com
- ☐ Kurtzman Carson Consultants LLC Ecfpleadings@kccllc.com
- ☐ John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- ☐ Todd C. Meyers tmeyers@kilpatricktownsend.com, lcanty@kilpatricktownsend.com
- ☐ Sarah D. Moyed MoyedS@sec.gov
- ☐ Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
- ☐ Malhar Pagay mpagay@pszjlaw.com, slee@pszjlaw.com
- ☐ H. Troy Romero tromero@romeropark.com, cpowell@romeropark.com
- ☐ Jason Rosell jrosell@pszjlaw.com, sshoemaker@pszjlaw.com
- ☐ Amy M. Smith amsmith@cooley.com, keudaley@cooley.com
- ☐ Lucy H. Wang lucy.wang@morganlewis.com
- ☐ Thomas A. Willoughby TWilloughby@ffwplaw.com, lnmccleerey@ffwplaw.com;kwidder@ffwplaw.com
- ☐ David M. Wiseblood dwiseblood@wisebloodlaw.com, dmwadmin@wisebloodlaw.com



**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** - 1 -
**CASE NO. 16-30296**

US2008 11947176 1